BRIDGET NOONAN, as Administratrix, etc., Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued January 28, 1892; decided February 12, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made September 24, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*R. A. Parmenter* for appellant.

*J. Newton Fiero* for respondent.

Agree to affirm; no opinion.
All concur, except MAYNARD, J., taking no part.
Judgment affirmed.